THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney
       Room 7516AA Federal Building
       300 North Los Angeles Street
       Los Angeles, California 90012
       Telephone: (213) 894-6606
       Facsimile: (213) 894-5900
       Email: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>      Plaintiff,  )<br>            )<br>   v.       )<br>            )<br>            )<br>AXELI ELOY CLEMENTE,    )<br>            )<br>      Defendant.  )<br>            ) | SACV 09-0415-DOC(MLGx)<br><br>CONSENT JUDGMENT |

   Plaintiff United States of America on behalf of its agency the United States Secret Service, having filed its Complaint herein and defendant Axeli Eloy Clemente ("Defendant Clemente"), having consented to the making and entry of this Judgment and Order without trial, hereby agree as follows:

   1.   This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. §1345). The Complaint filed herein on April 6, 2009, states a claim upon which relief can be granted.

2. Defendant Clemente hereby acknowledges and accepts service of the Complaint filed herein.

3. Defendant Clemente hereby agrees to the entry of judgment in favor of the United States against Defendant Clemente in the sum of $7,213.33, owed by Defendant Clemente as a result of a motor vehicle accident on April 16, 2006, between Defendant Clemente and the parked vehicle owned by the United States of America.

4. This judgment will accrue post-judgment interest at the rate allowed by law.

5. Defendant Clemente shall pay to United States monthly installments of One Hundred and Sixty Dollars ($160.00) on the fifth day of each month commencing on or before June 5, 2009, until the judgment is paid in full.

6. The United States will record judgment liens with the applicable County Recorder wherein Defendant Clemente resides or owns real property, however, as long as Defendant Clemente makes payments as set forth herein, the United States will otherwise take no action to enforce the consent judgment.

7. Defendant Clemente shall keep the attorneys for United States informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence, or telephone number.

8. The monthly $160.00 payment rate will be reevaluated in twelve (12) months and may be modified, as necessary, to take into account the changed economic circumstances of Defendant Clemente.  For purpose of evaluation and possible modification, Defendant Clemente will provide United States with a Financial

Statement (Form OBD 500), and a copy of his Federal Income Tax returns including all attachments two(2) months prior to the first anniversary of the judgment, and at the same time each year thereafter, until the Consent Judgment is satisfied.

    7. Should Defendant Clemente become delinquent, after notice to cure and a reasonable opportunity to cure, in making any payment due hereunder, United States shall have the right to immediately without further notice enforce the Consent Judgment for the remaining balance then due, after giving credit for any payments made, in accordance with the applicable laws.

    9. If Defendant Clemente pays the amount of $7,213.33 with interest, as set forth in paragraphs 3 and 4, above, the consent judgment shall be deemed fully paid, and United States shall prepare and file with the Court a Satisfaction of Judgment.

SUBMITTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

       /s/
ZORAN J. SEGINA
Assistant United States Attorney
Attorneys for Plaintiff United States

ALEXI ELOY CLEMENTE,

_____
Defendant Pro Se

CONSENT JUDGMENT APPROVED.

DATED: May 26, 2009

_____
UNITED STATES DISTRICT JUDGE

3